1  ROGER J. BROTHERS, SBN 118622
   rbrothers@brotherssmithlaw.com
2  MARK J. HILLIARD, SBN 249781
   mhilliard@brotherssmithlaw.com
3  BROTHERS SMITH LLP
   2033 N. Main Street, Suite 720
4  Walnut Creek, California 94596
   Telephone:  (925) 944-9700
5  Facsimile:   (925) 944-9701

6  Attorneys for Plaintiff
   Garden Grove Police Association, Inc.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

11  GARDEN GROVE POLICE                Case No. 8:23-cv-603 ADS
    ASSOCIATION, INC., a California
12  nonprofit corporation;,            **ORDER RE. STIPULATION FOR
                                       PROTECTIVE ORDER**
13          Plaintiff,

14      v.

15  MICHAEL VISCOMI, an individual;    Judge:   Autumn D. Spaeth
    and DOES 1 THROUGH 10, inclusive,
16  ,                                  Trial Date:      November 12, 2024
                                                        9:00 a.m.
17          Defendant.

18

19      The Court, having reviewed and considered the Stipulation for Protective

20  Order and [Proposed] Order (the "Stipulation"), hereby finds good cause to enter the

21  Stipulation.

22      **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

23

24  Dated:  ___July 26, 2023_____        _____/s/ Autumn D. Spaeth_____
                                               Hon. Autumn D. Spaeth
25                                             United States Magistrate Judge

26

27

28

BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA